USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE SANTOS,                                        :
                                                    :
                           Plaintiff,               :   **ORDER**
                                                    :
            -v-                                     :   20-CV-9349 (PAE) (JLC)
                                                    :
SOFA DOCTOR INC.,                                   :
                                                    :
                           Defendant.               :
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference today at which it set the following schedule:

- Plaintiff will file an amended complaint by **August 13, 2021**.
- The deadline for interim discovery related to the issues of potential collective action and any applicable FLSA exemptions is **October 13, 2021**.
- The parties' cross-motions for collective action certification, summary judgment, and any other motions the parties contemplate will be due by **November 10, 2021**. Opposition papers will be due by **December 3, 2021**. Any replies will be due by **December 17, 2021**.

Depending on the result of the motion practice, the Court will schedule a status conference to chart the course of the case, including the setting of a further discovery schedule if appropriate.

       **SO ORDERED.**

Dated: August 6, 2021
       New York, New York

                                          _____
                                          JAMES L. COTT
                                          United States Magistrate Judge